# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DANIEL BAKER**                                                              **PLAINTIFF**
ADC #600691

v.                                    No. 4:26-cv-165-DPM

**DEXTER PAYNE, Director, Division of
Correction and WILLIAM STRAUGHN,
Deputy Assistant Director, Division of
Correction**                                                            **DEFENDANTS**

## ORDER

1. The Court withdraws the reference.

2. Motion to dismiss, *Doc. 8,* granted.  Baker's complaint will be dismissed without prejudice.  He remains responsible for the filing fee. 28 U.S.C. § 1915(b)(1); *Doc. 3 at 2.*  An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge
16 April 2026