# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DANIEL BAKER**  **PLAINTIFF**
**ADC #600691**

**v.**  **No. 4:26-cv-165-DPM**

**DEXTER PAYNE, Director, Division of
Correction and WILLIAM STRAUGHN,
Deputy Assistant Director, Division of
Correction**  **DEFENDANTS**

## JUDGMENT

Baker's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge
16 April 2026